UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHELLE M. FRANK,**

    Plaintiff,

v.

    CASE NO.: 8:25-2496

    COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

    JURY TRIAL DEMANDED ON ANY CLAIMS SO TRIABLE

**UNITED STATES OF AMERICA,**

    Defendant

_____/

## ORIGINAL COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

COMES NOW the Plaintiff, MICHELLE M. FRANK, by and through the undersigned attorneys, pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, seeks compensatory damages arising from Defendant United States of America's (hereinafter "Defendant") for negligence in failing to adhere to the prevailing professional standard of building codes which is generally recognized as acceptable and appropriate by reasonably prudent similar circumstances.

### Jurisdiction and Venue

1. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 in that this action arises under the laws of the United States of America and is premised on the acts and omissions of the Defendant acting under color of federal law. This Court further has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1346(b) in that this is a claim against the Defendant United States of America, for money damages, accruing on or after January 1, 1945, for personal injury caused by the negligent and wrongful acts and omissions of employees

of the Government while acting within the course and scope of their office or employment, under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff.

2. Jurisdiction founded upon the federal law is proper in that this action is premised upon federal causes of action under the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. § 2671, *et. seq*.

3. Pursuant to the FTCA, 28 U.S.C. § 2671, *et. seq*., the Plaintiff on or about March 13, 2024, Plaintiff presented her claim to the appropriate federal agency for administrative settlement under the FTCA requesting $200,000.00 or more. By letter dated March 26, 2025, Plaintiff's claim was finally denied in writing by the Air Force Claims and Tort Litigation Division and such denial was sent by certified or registered mail to the Plaintiff. (Claim #25-366990). This lawsuit was then timely filed.

4. This action is timely pursuant to 28 U.S.C. § 2401(b) in that it was presented to the appropriate federal agency within two years of accrual and this action was filed within six months of receipt of the certified letter sent by the federal agency denying the claim.

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c), as Defendant does business in this judicial district and the events or omissions giving rise to the claims occurred in this judicial district.

## Parties

6. At all times material hereto, Plaintiff, MICHELLE M. FRANK, is and was at the time of the subject incident, a resident of Mascoutah, Illinois.

7. Defendant, United States of America, is subject to suit for personal injury caused by the negligent and wrongful acts and omissions of employees of the Government while acting within the course and scope of their office or employment, under the circumstances where the

Defendant, if a private person, would be liable to the Plaintiff, pursuant to the FTCA.

8. At all times material to this action, Defendant was responsible for the correct and prompt repair and maintenance to the sidewalks upon its premises.

9. At all times material to this action, MICHELLE M. FRANK was an invitee subject to the custody and control of the Defendant and subject to the conditions and hazards present upon the Defendant premises.

## Statement of Claim

10. MICHELLE M. FRANK was a visitor to Tampa, Florida, on vacation with her husband, Matthew P. Frank, retired U.S. Air Force. On or about March 5, 2024, MICHELLE M. FRANK arrived at MacDill Air Force Base.

11. On or about March 5, 2024, MICHELLE M. FRANK, accompanied her husband shopping at the BX located at 3108 N Boundary Blvd, Tampa, FL 33621. As Mrs. Frank began walking toward the front of the BX and approached the sidewalk. The sidewalk had a curved edge of the curb and had not been maintained, the yellow paint was faded and no longer visible, and the height of the curb was significantly higher than code standards. As a result of the hazardous condition of the sidewalk, MICHELLE M. FRANK tripped and fell to the ground when attempting to step up on the curb. The impact of the fall was so forceful that Ms. Frank fell directly on her face and sustained severe injuries to her face and jawbone.

12. MICHELLE M. FRANK felt extreme pain in her face, jaw, and head immediately following the incident and was taken immediately to the hospital, where a series of X-Rays and CT scans confirmed bilateral mandibular fracture sand left maxillary sinus fracture. Due to the acute nature of her injuries, MICHELLE M. FRANK was transferred to Tampa General Hospital. She sustained multiple mandible fractures and chin laceration, noted as 1 cm chin laceration on

the inferior chin and #9 subluxed, and unable to open mouth due to said fractures.

13. The claims herein are brought against the U.S. pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq*.) and 28 U.S.C. §§1346(b)(1), for money damages as compensation for loss of property and personal injuries that were caused by the negligent and wrongful acts and omissions of agents and employees of the United States Government, *inter alia,* negligent investigation, failure to reasonably and safely maintain the area of the subject incident, failure to repair defects upon the premises, failure to warn of the existence of the dangerous condition, and infliction of emotional distress while acting within the scope of their offices and employment, under circumstances where the Defendant U.S., if a private person, would be liable to the Plaintiff in accordance with the laws of the State of Florida.

14. Venue is proper in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Middle District of Florida, and arose from the failure to maintain, inspect, and comply with appropriate building codes by the Defendant U.S. Government and its employees, maliciously and without probable cause.

15. Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

16. This suit has been timely filed, in that Plaintiff timely served notice of her claim on in August 2025. Attached hereto and titled "Exhibit 1" is the administrative claim with "attachments".

17. On September 9, 2024, Plaintiff sent a "Standard Form 95 for Michelle Frank" to Defendant. Exhibit 2.

18. The Agency denied the claim.

## **VIOLATION OF FEDERAL TORT CLAIMS ACT**

19. Plaintiff incorporates by reference herein all allegations set forth above.

20. The acts and events set forth above constitute negligent and wrongful acts and omissions of agents and employees of the U.S. Government, *inter alia,* negligent investigation, failure to reasonably and safely maintain the area of the subject incident, failure to repair defects upon the premises, failure to warn of the existence of the dangerous condition, and infliction of emotional distress while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the laws of the State of Florida.

## **DAMAGES**

21. Plaintiff has suffered the following injuries for which they seek full compensation under the law:

    a. bodily injury;
    b. great physical pain and suffering;
    c. disability and physical impairment;
    d. disfigurement and/or scarring;
    e. mental anguish;
    f. inconvenience;
    g. loss of capacity for the enjoyment of life;
    h. expense of hospitalization, medical and nursing care and treatment;
    i. loss of earnings;
    j. loss of diminution of earning capacity;
    k. aggravation of an existing disease, condition, or defect; and
    l. permanent injury within a reasonable degree of medical probability.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff MICHELLE M. FRANK is entitled to damages from the United

States, and she does hereby pray that judgement be entered in her favor and against the United States government as follows:

1. Costs incurred medical expenses in the amount of $129,088.86; plus

2. Damages paid on behalf of Plaintiff by collateral sources in the amount of $20,278.80; plus

3. Compensation in the amount of $50,00.00 for pain and suffering of Plaintiff MICHELLE M. FRANK, as a proximate cause of the permanent injuries resulting from the Defendant's negligence.

4. Plaintiff is further are entitled and do hereby seek recovery of all costs and attorneys fees incurred by Plaintiffs in this civil action, together with for such further and additional relief at law or in equity that this Court may deem appropriate or proper.

Respectfully submitted,

**HACKWORTH LAW, P.A.**

*/s/ Jonathan Hackworth*
Jonathan Hackworth, Esquire
Bar No.: 084234
1818 N. 15th Street
Tampa, Florida 33605
(813) 280-2911
jhack@bhtampa.com
rdurkin@bhtampa.com
Attorney for the Plaintiff